# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer,<br><br>      Plaintiff,<br><br>  v.<br><br>GVD Commercial Properties, Inc., a California Corporation; and Does 1-10,<br><br>      Defendants. | Case: 8:13-CV-01794-AG-RNB<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: May 29, 2014

HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT COURT JUDGE

1